# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF ARIZONA

In re:                                                            Case No.: 2:08–bk–12119–GBN

OCTAVIO NAVA–LOPEZ                          Chapter: 13
4114 N 30TH AVE
PHOENIX, AZ 85017
**SSAN:** xxx–xx–7155
**EIN:**

MIRNA NAVA
4114 N 30TH AVE
PHOENIX, AZ 85017
**SSAN:** xxx–xx–2693
**EIN:**

Debtor(s)

## ORDER DISMISSING CASE AS TO OCTAVIO NAVA–LOPEZ ONLY

- ☐ The debtor having failed to appear and be examined at the meeting of creditors and notice of the proposed dismissal having been given to all creditors in the Notice for Meeting of Creditors;

- ☐ The trustee having moved to dismiss the above–captioned case as to the above named dismissed party only;

- ☑ The debtor(s) having moved to dismiss this case as to the above named dismissed party only; or

- ☐ The debtor having failed to file a verified Statement of Social Security Number.

    IT IS HEREBY ORDERED that the above–captioned case be dismissed as to OCTAVIO NAVA–LOPEZ only.

   NOTICE IS ALSO GIVEN that the order was entered on the docket this date.

**Date:** March 11, 2010                                      BY THE COURT

**Address of the Bankruptcy Clerk's Office:**        <u>HONORABLE George B. Nielsen Jr.</u>
U.S. Bankruptcy Court, Arizona                    United States Bankruptcy Judge
230 North First Avenue, Suite 101
Phoenix, AZ 85003–1727
Telephone number: (602) 682–4000
www.azb.uscourts.gov

# CERTIFICATE OF NOTICE

```
District/off: 0970-2           User: cantrellp            Page 1 of 2                Date Rcvd: Mar 11, 2010
Case: 08-12119                 Form ID: osngldtr          Total Noticed: 70
```

The following entities were noticed by first class mail on Mar 13, 2010.
```
db/jdb      +OCTAVIO NAVA-LOPEZ,    MIRNA NAVA,    4114 N 30TH AVE,    PHOENIX, AZ 85017-4155
smg          AZ DEPARTMENT OF REVENUE,    BANKRUPTCY & LITIGATION,    1600 W. MONROE, 7TH FL.,
              PHOENIX, AZ 85007-2650
cr          +DT ACCEPTANCE CORPORATION,    JABURG & WILK,    C/O RONALD M. HORWITZ,    3200 N. CENTRAL AVE.,
              SUITE 2000,    PHOENIX, AZ 85012-2463
cr          +JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    ST CLOUD, MN 56302-7999
7567849     +A.R. SYSTEM,    5151 NORTH 16TH STREET,    STE 126,    Phoenix AZ 85016-3919
7567850     +ACE CHECK CASHING,    466 W. RAY ROAD,    CHANDLER AZ 85225-1917
7567851     +AD ASTRA RECOVERY SERVICES,    3611 N. RIDGE ROAD,    WICHITA KS 67205-1214
7567852     +ALLIEDINTERSTATE,    P.O. BOX 1954,    Southgate MI 48195-0954
7567853      AMCA,    P O BOX 1235,    ELMSFORD NY 10523-0935
7567854     +AMERILOAN,    PO BOX 60136,    City Of Industry CA 91716-0136
7578066     +ARIZONA DEPARTMENT OF REVENUE,    SPECIAL OPERATIONS UNIT,    1600 W. MONORE 7TH FLOOR,
              PHOENIX, AZ 85007-2612
7567855     +ARROW FINANCIAL,    8589 AERO DR., STE 600,    SAN DIEGO CA 92123-1722
7660920     +ARROW FINANCIAL SERVICES, LLC,    c/o Jefferson Capital Systems LLC,    PO BOX 7999,
              SAINT CLOUD MN 56302-7999
7567856     +BARRISTER COLLECTION SVC,    P.O. BOX 77103,    Atlanta GA 30357-1103
7567857     +BUCKEYE CHECK CASHING,    7001 POST ROAD #300,    Dublin OH 43016-8066
7567858     +CASH AMERICA , INC OF NEVADA,    3922 W INDIAN SCHOOL RD,    PHOENIX AZ 85019-3324
7567859     +CHASE BANK,    PO BOX 260161,    BATON ROUGE LA 70826-0161
7567860      CMRE FINANCIAL SVCS INC,    3075 E IMPERIAL HWY #200,    BREA CA 92821-6753
7567861      COLLECTION SERVICE BUREAU,    PO BOX 310,    SCOTTSDALE AZ 85252-0310
7567863     +CONTINENTAL FINANCE CO,    P.O. BOX 30311,    Tampa FL 33630-3311
7567864     +CREDIT CONTROL CORP,    11825 ROCK LANDING DRIVE,    NEWPORT NEWS VA 23606-4236
7567866      CREDIT ONE BANK,    P O BOX 80015,    LOS ANGELES CA 90080-0015
7567867     +CRESCENT JEWELERS,    315 11TH ST,    Oakland CA 94607-4291
7567868      DESERT SCHOOLS FEDERAL CREDIT UNION,    PO BOX 2945,    PHOENIX AZ 85062-2945
7567869     +DRIVE TIME,    330 N. 24tH STREET,    PHOENIX AZ 85008-6012
7567870     +ER SOLUTIONS, INC.,    P.O. BOX 6030,    HAUPPAUGE NY 11788-9030
7567871     +FIRST BANK OF DELAWARE,    824 MARKET ST #106,    WILMINGTON DE 19801-4918
7567872     +FIRST BK OF DE/CONTINENT,    PO BOX 11743,    Wilmington DE 19850-1743
7567873     +FIRST PREMIER BANK,    601 S MINNESOTA AVE,    SIOUX FALLS SD 57104-4868
7567874     +FIRSTSOURCE ADVANTAGE,    P.O. BOX 628,    Buffalo NY 14240-0628
7567875     +HIGH-TECH INSTITUTE, INC,    2250 W. PEORIA AVE. #A-200,    Phoenix AZ 85029-4930
7567876     +IMAGINE FBD,    PO BOX 105555,    Atlanta GA 30348-5555
7567877     +INFINITY AUTO INSURANCE,    P.O. BOX 1235,    Birmingham AL 35287-0001
7686868     +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
7567878     +LDC COLLECTION,    PO BOX 52030,    PHOENIX AZ 85072-2030
7567879     +LOAN POINT USA,    2544 WEST WOODLAND,    ANAHEIM CA 92801-2636
7567881      MIDLAND CREDIT,    5575 ROSCOE COURT,    SAN DIEGO CA 91823
7567882     +MIRACLE FINANCIAL INC,    52 ARMSTRONG ROAD,    Plymouth MA 02360-4807
7567883      NCO FIN 99,    PO BOX 41466,    PHILADELPHIA PA 19101-1466
7888026      Octavio Nava-Lopez and Mirna Nava,    c/o Joseph W. Charles, P.C.,    5704 West Palmarie Avenue,
              P. O. Box 1737,    Glendale, AZ  85311-1737
7567884     +PAINS COMMERCE PROCESSING CTR,    P.O. BOX 91510,    Sioux Falls SD 57109-1510
7567885     +PALISADES  COLLECTION,    210 SYLVAN AVENUE,    Englewood Cliffs NJ 07632-2524
7567886     +PENNCRO ASSOCIATES,    95 JAMES WAY #113,    SOUTHAMPTON PA 18966-3837
7567887     +PLAINS COMMERCE,    P.O. BOX 31594,    Tampa FL 33631-3594
7600478     +Plains Commerce Bank,    PO Box 90340,    Sioux Falls, SD 57109-0340
7567888     +RICHARD CLARK,    3707 N. 7TH STREET,    Phoenix AZ 85014-5059
7567889     +SAFE AUTO INSURANCE,    3883 EAST BROAD STREET,    COLUMBUS OH 43213-1129
7567890      SALLIE MAE EDUCATION TRUST,    P O BOX 59012,    PANAMA CITY FL 32412-9012
7567891      SCOTTSDALE COLLECTION SERVICE,    2501 WEST DUNLAP AVE #240,    PHOENIX AZ 85021-2726
7567892     +SONORA QUEST LAB,    PO BOX 1235,    ELMSFORD NY 10523-0935
7683291      Sprint Nextel Correspondence,    Attn Bankruptcy Dept,    PO Box 7949,
              Overland Park KS 66207-0949
7683292      Sprint Nextel Distribution,    Attn: Bankruptcy Dept,    P.O. Box 3326,    Englewood, CO 80155-3326
7567893     +TOTAL CARD INC,    P.O. BOX 90340,    Sioux Falls SD 57109-0340
7567897     ++U S DEPARTMENT OF EDUCATION,    P O BOX 5609,    GREENVILLE TX 75403-5609
             (address filed with court: US DEPT OF EDUCATION,     501 BLEECKER ST,    UTICA NY 13501)
7567894     +UNIQUE NATIONAL COLLECTION,    119 E MAPLE ST,    JEFFERSONVILLE IN 47130-3439
7567895     +UNITED COLLECTION BUREAU,    PO BOX 140190,    TOLEDO OH 43614-0190
7567896     ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court: US BANK,     PO BOX 790084,    Saint Louis MO 63179)
7644458     +US Bank/Retail Payment Solutions,    PO Box 5229,    Cincinnati, OH 45201-5229
7661269      United States Department of Education,    Direct Loan Servicing Center,    P.O. Box 5609,
              Greenville, TX 75403-5609
7567899     +VISA,    P.O. BOX 31594,    Tampa FL 33631-3594
7567900      WELLS FARGO,    P.O. BOX 5058,    Portland OR 97208-5058
7775555     +Wells Fargo Bank,    Overdraft Recovery Payment Pro. Dept.,    A0143-042,    P.O. Box 63491,
              San Francisco, Ca 94163-0001
7778589     +West Verizon Wireless,    PO Box 3397,    Bloomington, IL 61702-3397
```

The following entities were noticed by electronic transmission on Mar 11, 2010.
```
7567862      Fax: 205-297-6863 Mar 12 2010 00:17:01     COMPASS BANK,   P O BOX 10566,
              BIRMINGHAM AL 35296-0566
7567865     +E-mail/Text: info@creditmgt.com                            CREDIT MANAGEMENT CONT,
              2707 RAPIDS DRIVE,    Racine WI 53404-1743
7616091      E-mail/Text: TAMAR.GADE@DRIVETIME.COM                            DT CREDIT CORP,   PO BOX 29018,
              PHOENIX AZ 85038-9018
7567880     +E-mail/Text: resurgentbknotifications@resurgent.com                            LVNV FUNDING,
              PO BOX 740281,    HOUSTON TX 77274-0281
```

```
District/off: 0970-2           User: cantrellp              Page 2 of 2                   Date Rcvd: Mar 11, 2010
Case: 08-12119                 Form ID: osngldtr            Total Noticed: 70

The following entities were noticed by electronic transmission (continued)
7753207        E-mail/Text: resurgentbknotifications@resurgent.com                        LVNV Funding LLC,
               Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
7755523       +E-mail/Text: bklaw@qwest.com                                                QWEST CORPORATION,
               1801 CALIFORNIA ST RM 900,     ATTN: JANE FREY,    DENVER CO 80202-2609
7567898       +E-mail/PDF: bankruptcyverizonwireless@afninet.com Mar 12 2010 01:47:40      VERIZON WIRELESS,
               10734 INTERNATIONAL DRIVE,    RANCHO CORDOVA CA 95670-7359
                                                                                                     TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
7723357*      +Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                                                                                               TOTALS: 0, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 13, 2010**          **Signature:**   *Joseph Speetjens*